IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br>  Plaintiff, <br><br> v. <br><br> AT&T CORPORATION; <br> AT&T SERVICES, INC., and <br> AT&T MOBILITY LLC, <br><br>  Defendants. | CIVIL ACTION NO. 6:20-cv-00325-ADA |
| VOIP-PAL.COM, INC., <br><br>  Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; <br> CELLCO PARTNERSHIP dba VERIZON WIRELESS; VERIZON SERVICES CORP.; and VERIZON BUSINESS NETWORK SERVICES, INC., <br><br>  Defendants. | CIVIL ACTION NO. 6:20-cv-00327-ADA |

**ORDER GRANTING MOTION OF THE AT&T AND VERIZON DEFENDANTS TO STAY IN FAVOR OF THE FIRST-FILED CASE OR, IN THE ALTERNATIVE, TO STAY, DISMISS, OR TRANSFER UNDER THE FIRST-FILED RULE OR 28 U.S.C. § 1404(A)**

BEFORE THE COURT is the Defendants AT&T Corp., AT&T Services, Inc., Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services, Corp., and Verizon Business Network Services, Inc.'s Motion To Stay In Favor Of The First-Filed Case Or, In The Alternative, To Stay, Dismiss, Or Transfer Under The First-Filed Rule Or 28 U.S.C § 1404(a). The Court having considered the Motion and VoIP-Pal's Notice of Consent to Granting Motion to

1

Dismiss under the First-Filed Rule, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the above-captioned actions are DISMISSED without prejudice under the first-filed rule.

IT IS SO ORDERED.

SIGNED this ___1st___ day of _____April_____, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE